**RECEIVED** RP
8/4/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Joseph Murphy #M42534 BKA
Andreya Montrise
_____

SCANNED AT PON CC
EMAILED 8/4/22 (date)
BY ____ (intials)
22 (# of pages)

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.   Case No: **1:22-CV-4098**
(To be supplied by the Clerk of this Court)

WARDEN - Andraya Tec (#3 warden)
C/o Bolini
Lt. Knudson ID# 9090
_____

**JUDGE ELLIS**
**MAGISTRATE JUDGE COX**
**DIRECT**
**PC4**

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
   **U.S. Code** (state, county, or municipal defendants)

___  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
   **28 SECTION 1331 U.S. Code** (federal defendants)

___  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: Joseph Murphy, M

    B. List all aliases: (TRANS Name) Andreya Montrise

    C. Prisoner identification number: M42534

    D. Place of present confinement: Pontiac C.C.

    E. Address: Pontiac C.C. - P.O. Box 99 - Pontiac, IL 61794

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Andraya Tec

    Title: "#3" WARDEN OF Dixon C.C.

    Place of Employment: Dixon Corectional Center

    B. Defendant: C/O Bolin

    Title: Correction Officer

    Place of Employment: Dixon Correctional Center

    C. Defendant: Lt Knudson

    Title: Lt, Bdg # 8090

    Place of Employment: Dixon Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Murphy v. Wilks et al #: 1:22-cv-03673

B. Approximate date of filing lawsuit: 07/15/2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:

D. List all defendants: Defendant 1: Justin Wilks, Defendant 2: Lt. Nolan, Defendant 3: C/O Morris

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Honorable Sara L. Ellis

G. Basic claim made: excessive Force, Assault, cruel & unusual Punishment, Descrimination ect.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending.

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Date of 01-13-22 Aprx Time 12:45pm - Dixon C.C. X-House, on C-wing - Lt Knudson Roughly Placed Murphy In shower - Murphy Then stated I Am Suicidal Please Hurry Get Mental Health Help - Lt. Knudson Blantantly Told Murphy "well kill yourself", Murphy Begun To Self Harm While In C-wing lower shower, Lt. Knudson Then walked off with Full knowleg of Murphy self Harming. C/O Bolin later aproched Murphy while Bleeding in shower From Self Inflicted injury's - And said what are you Doing - Murphy Begun To self Harm In Front of Yet another staff (C/O Bolin) In which Bolin simply walked off - Not Attempting Get Murphy any Help - C/O Bolin Aproched Murphy Multible Time's To over Look Murphy's work of Self Harming And with Full knowleg That Murphy could Have Bled out in Died, Still Neglected Murphy Failing To Protect Murphy From Harm. Aprx 2:00pm An Hour & More Afther Both Lt. Knudson & C/O Bolin Having Full Knowleg of Murphy Self Harming And Bleeding out. Warden Tec. #3 warden of Dixon C.C. Arived To strip search Murphy Being That Murphy Is Trans-Women At First Glance Warden Tec. - startled - Asked C/O Bolin what Happen C/O Bolin Explained That I've Been Self Harming, In That Moment was Asked

Revised 9/2007

WARDEN Tec. For Medical & Mental Health Attention. A Nurse Came And Cleaned & Bandaged Murphy's Wounds, Murphy was Strip Searched But Denied Mental Health - Being Pulled out of The Shower Murphy Then stoped Asking WARDEN Tec For A crissis Team explaining That She Feard For Her Saftly And wanted Mental Help - WARDEN Tec Funnessed Murphy up the Stair's explaining That she (WARDEN Tec) Had To Go That She couldnt Help Murphy With Full Knowleg of Murphy Already Have self Harmed & And Murphy claiming To Need Help For Threat It will Happen again, still Murphy was Neglected & sent To Her cell. Not 10 Min. Into cell 61 on C-wing Murphy Began To self Harm again 4/o Bolin Aproched Murphy's cell witnessing again That Murphy was Self Harming, Multible Times, still c/o Bolin Left & Allowed Murphy To Proceed with No Help - Aprx 3:30pm "Jhon Doe" Secound shift c/o was Doing count witness Murphy Down & Bleeding, Had Murphy Pulled out & Murphy was Given inadequate Medical AND Placed on watch Date of 01-14-22, Aprx 10:00am Murphy was Pulled out of watch cell Gave Medical Again & sent To The Hospital For Blunt Force Trauma causing Permanent Nerve Damage And obscuring Hand's, Murphy was Released From Hospital But still Held in Dixon C.C Health Care Unit, As A Ressault of Murphy's Injury's Murphy is To Be Placed on Nerve Medication's and Pain Medication For Month's Afther The Injury... Murphy exhausted All Remidies...

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff Request 1.5 Million For Neglect, Pain & suffering, Failer To Protect, Murphy wants Court To Supeona Murphy's Medical & Mental Health Records Also All Grievance submitted on this Issue, Murphy Request Adequat Medical Attention Done And Paid For Buy Defendant's Regarding Nerve Damage & Pain & Stiffness Murphy Request Injunction From whole of IDOC For Fear of Retaliation.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 27 day of 07, 20 22

Joseph Murphy
(Signature of plaintiff or plaintiffs)

Joseph Murphy
(Print name)

M42534
(I.D. Number)

Pontiac C.C
P.O. Box 99
Pontiac IL, 61794
(Address)

Revised 9/2007